1024

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH PAUL
LAFFERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom
County, No. 91-1-00361-3, David A. Nichols, J., entered
November 12, 1991. *Affirmed* by unpublished per curiam opin-
ion.

BOUNTHANOME SONTHISAY, ET AL, *Appellants*, v. TERESA
MARIE DEEGAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-22019-9, Liem E. Tuai, J., entered January
12, 1993. *Reversed* by unpublished opinion per Kennedy, J.,
concurred in by Webster, C.J., and Agid, J.

RALPH DICAPRIO, ET AL, *Appellants*, v. MIKKELBORG, BROZ,
WELLS & FRYER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-22047-8, R. Joseph Wesley, J., entered June
19, 1992. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Pekelis, A.C.J., and Baker, J.